IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01590-WYD-PAC

APPLIED LOGIC GROUP, INC., a Colorado corporation,

    Plaintiff,

v.

UNITED STATES AVIATION UNDERWRITERS INCORPORATED, a New York corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties Stipulation to Dismiss With Prejudice [# 36], filed February 15, 2007.  After careful review of the file, the Court has concluded that the stipulation should be approved and that Plaintiff's claims against the Defendant should be **DISMISSED WITH PREJUDICE**.

THEREFORE IT IS ORDERED as follows:

That the Stipulation to Dismiss With Prejudice [# 36] is **APPROVED**; and that Plaintiff's claims against the Defendant are **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.

Dated:  February 21, 2007

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge